104-15
105-15
106-15

## ELECTRONIC RECORD

COA # 01-13-00901-CR     OFFENSE: 21.1 (Sex Abuse w/Child)

STYLE: Ignacio Martin Gonzalez v. The State of Texas     COUNTY: Harris

COA DISPOSITION: AFFIRM     TRIAL COURT: 184th District Court

DATE: 12/16/2014     Publish: YES     TC CASE #: 1377914

## IN THE COURT OF CRIMINAL APPEALS

104-15
105-15
106-15

STYLE: Ignacio Martin Gonzalez v. The State of Texas     CCA #:

_____PRO SE_____ Petition     CCA Disposition:

FOR DISCRETIONARY REVIEW IN CCA IS:     DATE:

_____STRUCK_____     JUDGE:

DATE: 06/10/2015     SIGNED: _____     PC: _____

JUDGE: Per Curiam     PUBLISH: _____     DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

_____PRO SE_____ PETITION

FOR DISCRETIONARY REVIEW

IS REFUSED

DATE 09/16/2015

_____
JUDGE

ELECTRONIC RECORD